November 9, 2026

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EDWARD LEON GUY, iii,
Plaintiff,

v.

LINDY LABS INC., et al.,
Defendants.

Case No. 26-cv-11799-TLT

**ORDER TO SHOW CAUSE REGARDING VENUE**

Re: Dkt. No. 16

On October 22, 2026, pro se Plaintiff filed a proposed summons listing his residence as San Diego, California, and an address for Defendants in Beaverton, Oregon. ECF 16. In the Amended Complaint, Plaintiff indicates that this Court retains subject matter jurisdiction under 28 U.S.C. § 1331 and supplemental jurisdiction over his state law claims under 28 U.S.C § 1367. ECF 13 ¶¶ 6–7. Plaintiff also indicates that venue is proper in this district because Defendants' principal place of business is located within this district, and a substantial part of the events giving rise to his claims occurred through systems maintained and operated within this district. *Id.* ¶ 8.

Generally, venue is proper in a judicial district in which: (1) any defendant resides, if all defendants are residents of the state in which the district is located; (2) a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) any judicial district in which a defendant is subject to the court's personal jurisdiction, if there is no district in which the action may otherwise be brought. 28 U.S.C. § 1391(b).

Put differently, the address listed for Defendants in the proposed summons differs from the location alleged to be their principal place of business in the Amended Complaint. *Compare* ECF 16 *with* ECF 13 ¶ 8. In light of this discrepancy and the substantial overlap between Plaintiff's

United States District Court
Northern District of California

Oregon action and the allegations in the Amended Complaint, the Court finds that venue is not proper.

Accordingly, the Court ORDERS Plaintiff to file, on or before November 19, 2026, a written response not exceeding two pages, showing cause why venue is proper in this district. Failure to respond may result in dismissal of this action sua sponte.

IT IS SO ORDERED.

Dated: November 9, 2026

TRINA L. THOMPSON
United States District Judge